**Order entered June 13, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00968-CV

### IN RE IRINA LEONIDOVNA PETERS, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50402-2019**

### ORDER
Before Justices Pedersen, III, Osborne, and Partida-Kipness

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus.

We also **STRIKE** relator's supplemental mandamus record.


/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE